FILED
12/09/2024
*Amy McGhee*
CLERK
Missoula County District Court
STATE OF MONTANA
By: Rebecca Santos
DV-32-2024-0001083-NE
Vannatta, Shane
1.00

Roland B. Durocher
DUROCHER & WINTER, P.C.
118 6th St. South
P.O. Box 1629
Great Falls, MT   59403-1629
(406) 727-4020
rdurocher@mtlawyers.net
Attorneys for Plaintiff

## MONTANA FOURTH JUDICIAL DISTRICT COURT, MISSOULA COUNTY

| | |
|---|---|
| Sara L. Holberg,<br><br>Plaintiff,<br><br>v.<br><br>Kenneth C. Brewington, M.D.,<br>Providence Health & SVC MT St.<br>Patrick Hospital, and Does 1-10<br><br>Defendants. | Cause No.<br><br>**COMPLAINT** |

COMES NOW the Plaintiff, and alleges,

1. On or about May 31, 2022, Plaintiff Sara L. Holberg (Sara) underwent a surgery at Providence Health & SVC MT St. Patrick Hospital (St. Patrick), and the surgery was performed by Defendant Dr. Kenneth C. Brewington (Dr. Brewington).   It is believed and therefore alleged that

Complaint                                                                    P a g e | 1

Dr. Brewington was an employee of St. Patrick at the time of the surgery, making St. Patrick legally liable for his negligence.

2. Part of the surgery involved inserting screws into Sara's spinal column.

3. Following the surgery, Sara had new and worsening symptoms. She followed up first with Dr. Brewington, who did not correct any problems from the surgery. Then she sought further care with health care providers in her home state of Idaho.

4. Eventually, it was discovered that one of the screws placed by Dr. Brewington was mal-placed, and causing harm to Sara. A second surgeon performed a surgery on or about February 26, 2024 (he is not a defendant, and no allegations of wrongdoing are made against him). During that surgery, the erroneous placement was confirmed and corrected by the second surgeon.

5. Dr. Brewington was negligent and failed to meet the standard of care in his treatment of Sara.

6. Due to Dr. Brewington's negligence and failure to meet the standard of care, Sara was harmed and incurred both special and general damages.

7. Sara was not negligent, and not a cause of her injuries or damages.

8. Does 1-10 are persons or entities who are or may be legally responsible for her damages.

WHEREFORE, Plaintiff prays:

1. For an award of general and special damages;

2. For costs of suit; and,

3. All other relief the Court deems appropriate.

Dated this _____9th_____ day of December, 2024.

_____
Roland B. Durocher