IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SARA HOLBERG,<br><br>              Plaintiff,<br><br>vs.<br><br>KENNETH C. BREWINGTON, M.D., PROVIDENCE HEALTH & SVC MT ST. PATRICK HOSPTIAL, and DOES 1-10,<br><br>              Defendants. | CV 25-27-M-KLD<br><br>ORDER |

    The parties have filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 18). As stipulated to by the parties,

    IT IS ORDERED that the above-captioned case and all claims asserted are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

    DATED this 5th day of February, 2026.

                                                                                           Kathleen L. DeSoto
                                                                                       United States Magistrate Judge